UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | Magistrate Docket No. '08 MJ 0654 |
| | ) | |
| Plaintiff, | ) | COMPLAINT FOR VIOLATION OF |
| | ) | |
| v. | ) | Title 8, U.S.C., Section 1326 |
| | ) | Deported Alien Found in the |
| **Eduardo RAMOS-Roman,** | ) | United States |
| | ) | |
| Defendant | ) | |
| | ) | |

The undersigned complainant, being duly sworn, states:

On or about **March 02, 2008** within the Southern District of California, defendant, **Eduardo RAMOS-Roman,** an alien, who previously had been excluded, deported and removed from the United States to **Guatemala**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **4**th DAY OF **MARCH 2008**

Cathy A. Bencivengo
UNITED STATES MAGISTRATE JUDGE

*SUF*

CONTINUATION OF COMPLAINT:
**Eduardo RAMOS-Roman**


## PROBABLE CAUSE STATEMENT

On March 2, 2008 at approximately 11:30 p.m., Senior Patrol Agent K. Headlee was patrolling the Brownfield area of responsibility when he was made aware of a seismic intrusion device activation via agency radio. Agent Headlee responded to the area which was approximately .5 miles north of the Tecate Port of Entry just west of the SR 188 in Tecate, California.

Upon his approach Agent Headlee encountered several individuals including one later identified as the defendant **Eduardo RAMOS-Roman** attempting to conceal themselves by hiding in some thick brush. Agent Headlee identified himself as a United States Border Patrol Agent and proceeded to question the individuals as to their citizenship. All the subjects stated they were citizens and nationals of Mexico without any immigration documents to be in or remain legally. Agent Headlee placed the group under arrest and transported them to the Brownfield Station for processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Guatemala** on **July 11, 2007** through **Phoenix, Arizona.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.